77 F.3d 463
 Linda Sharretts, Estate of Richard A. Sharretts, on Behalf
of Decedent's Heirs-at-Law and Next-of-Kin, Elaine E.
Pierman, Estate of Thomas K. Pierman, on Behalf of
Decedent's Heirs-at-Law and Next-of-Kin
v.
Henkels & McCoy, Inc., Cooper Industries, Inc., f/k/a
Gardner-Denver Company, Gardner-Denver Mining &
Construction, f/k/a Gardner-Denver Company
 NO. 95-5139
 United States Court of Appeals,
Third Circuit.
 Jan 06, 1996
 Appeal From: D.N.J., No. 94-cv-01491
 
 1
 REVERSED.